IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GARY SILVERS and RIOCHARD MAROUS, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>HCA HEALTHCARE, INC., a Tennessee corporation,<br><br>Defendant. | Case No. 3:23-cv-00738 |

# EXHIBIT A – RELATED ACTIONS

1. *Silvers, et al. v. HCA Healthcare, Inc.*, Case No. 3:23-cv-00684 (M.D. Tenn. filed July 12, 2023) ("*Silvers*")
2. *Crossman v. HCA Healthcare, Inc.*, Case No. 3:23-cv-00688 (M.D. Tenn. filed July 12, 2023) ("*Crossman*")
3. *Aragon v. HCA Healthcare, Inc.*, Case No. 3:23-cv-00696 (M.D. Tenn. filed July 14, 2023) ("*Aragon*")
4. *Rubenfeld v. HCA Healthcare, Inc.*, Case No. 3:23-cv-00698 (M.D. Tenn. filed July 14, 2023) ("*Rubenfeld*")
5. *Sandstrom, et al v. HCA Healthcare, Inc.*, Case No. 3:23-cv-00707 (M.D. Tenn. filed July 17, 2023) ("*Sandstrom*")
6. *Delapaz, et al v. HCA Healthcare, Inc.*, Case No. 3:23-cv-00718 (M.D. Tenn. filed July 18, 2023) ("*Delapaz*")\
7. *Abramovic v. HCA Healthcare, Inc.*, Case No. 3:23-cv-00719 (M.D. Tenn. filed July 19, 2023) ("*Abramovic*")
8. *Bowers v. HCA Healthcare, Inc.*, Case No. 3:23-cv-00722 (M.D. Tenn. filed July 19, 2023) ("*Bowers*")
9. *Coats v. HCA Healthcare, Inc.*, Case No. 3:23-cv-00723 (M.D. Tenn. filed July 20, 2023) ("*Coats*")
10. *Coleman v. HCA Healthcare, Inc.*, Case No. 3:23-cv-00724 (M.D. Tenn. filed July 20, 2023) ("*Coleman*")
11. *Wallace v. HCA Healthcare, Inc.*, Case No. 3:23-cv-00738 (M.D. Tenn. filed July 21, 2023) ("*Wallace*")
12. *Hayes v. HCA Healthcare, Inc.*, Case No. 3:23-cv-00740 (M.D. Tenn. filed July 24, 2023) ("*Hayes*")
13. *Nelson v. HCA Healthcare, Inc.*, Case No. 3:23-cv-00744 (M.D. Tenn. filed July 25, 2023) ("*Nelson*")

14. *B.W., et al. v. HCA Healthcare, Inc.*, Case No. 3:23-cv-00748 (M.D. Tenn. filed July 25, 2023) ("*B.W.*")
15. *Simon, et al. v. HCA Healthcare, Inc.*, Case No. 3:23-cv-00774 (M.D. Tenn. filed July 28, 2023) ("*Simon*")