**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| GARY SILVERS and RICHARD MAROUS, *on behalf of themselves and all others similarly situated,*<br><br>    Plaintiffs,<br><br>v.<br><br>HCA HEALTHCARE, INC., a Tennessee corporation,<br><br>    Defendant. | Case No. 3:23-cv-00684 |

## NOTICE OF RELATED ACTIONS

    Plaintiffs notify the Court that after they filed their Motion to Consolidate Actions on July 31, 2023 [Dkt. 10], the following Related Actions were filed in or transferred to this District:

1. *Dekenipp v. HCA Healthcare*, Case No. 3:23-cv-00785 (M.D. Tenn. filed July 31, 2023);
2. *Hudson v. HCA Healthcare*, Case No. 3:23-cv-00789 (M.D. Tenn. filed Aug. 1, 2023);
3. *Hinds v. HCA Healthcare*, Case No. 3:23-cv-00794 (M.D. Tenn. filed Aug. 2, 2023);
4. *Bonecutter v. HCA Healthcare*, Case No. 3:23-cv-00812 (M.D. Tenn. filed Aug. 4, 2023);
5. *Glascock v. HCA Healthcare*, Case No. 3:23-cv-00822 (M.D. Tenn. filed Aug. 7, 2023); and
6. *M.R., et al. v. HCA Healthcare*, Case No. 3:23-cv-00835 (transferred to M.D. Tenn. from W.D. Mo. Aug. 9, 2023) ("*M.R.*").

This brings the total number of Related Actions to date to twenty-one.

Dated: August 16, 2023.

                             Respectfully submitted,

                             By: */s/ Jeff Ostrow*
                             Jeff Ostrow (pro hac vice)
                             Kristen Lake Cardoso (pro hac vice)
                             Steven Sukert (pro hac vice)
                             **KOPELOWITZ OSTROW P.A.**
                             1 West Las Olas Blvd., Ste. 500
                             Fort Lauderdale, FL 33301
                             Telephone: 954.332.4200
                             ostrow@kolawyers.com

                             *Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I certify that on this 16th day of August 2023, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

/s/ Jeff Ostrow
Jeff Ostrow