# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: HCA HEALTHCARE, INC. DATA SECURITY LITIGATION | ) NO. 3:23-cv-00684<br>)<br>) JUDGE CAMPBELL<br>) MAGISTRATE JUDGE FRENSLEY |

## ORDER

Defendant HCA Healthcare, Inc. ("HCA") has notified the Court that the following actions are related and should be consolidated with *In re: HCA Healthcare, Inc. Data Security Litigation*, Case No. 3:23-cv-00684 (the "Consolidated Action"):

- *Dekenipp v. HCA Healthcare, Inc.*, No. 3:23-cv-00785 (M.D. Tenn. filed July 31, 2023);

- *Hudson v. HCA Healthcare, Inc.*, 3:23-cv-00789 (M.D. Tenn. filed Aug. 1, 2023)

- *Hinds v. HCA Healthcare, Inc.*, No. 3:23-cv-00794 (M.D. Tenn. filed Aug. 2, 2023)

- *Bonecutter v. HCA Healthcare, Inc.*, No. 3:23-cv-00812 (M.D. Tenn. filed Aug. 4, 2023);

- *Glascock v. HCA Healthcare, Inc.*, No. 3:23-cv-00822 (M.D. Tenn. filed Aug, 7, 2023);

- *M.R. v. HCA Healthcare, Inc.*, No. 3:23-cv-00835 (M.D. Tenn. filed Aug. 9, 2023);

- *Hahn v. HCA Healthcare, Inc.*, No. 3:23-cv-00874 (M.D. Tenn. filed Aug. 18, 2023).

Pursuant to the Court's August 24, 2023 Order (Doc. No. 19), the above-listed related cases ("Related Actions") are hereby consolidated with *In re HCA Healthcare, Inc. Data Security Litigation*, Case No. 3:23-cv-00684. All future filings in the Related Actions shall be filed in the Consolidated Action, case number 3:23-cv-00684. All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

The Clerk is **DIRECTED** to enter a copy of this Order and the August 24, 2023 Order (Doc. No. 19) in the above-listed related cases and administratively close those cases.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE