IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: HCA HEALTHCARE, INC.<br>DATA SECURITY LITIGATION | Case No. 3:23 CV 684<br><br>APPOINTMENT OF<br><u>EXECUTIVE COMMITTEE</u><br><br>JUDGE JACK ZOUHARY |

This Court consulted with Lead Counsel and, with their recommendation, appoints the following supporting Executive Committee for the further handling of this consolidated class action.

- Jillian Dent of Stueve Siegel Hanson LLP
- Sabita Soneji of Tycko & Zavareei LLP
- Gary Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC
- Jeffrey Ostrow of Kopelowitz Ostrow Ferguson Weiselberg Gilbert P.A.
- James Pizzirusso of Hausfeld LLP

Lead Counsel provided this Court with the general responsibilities of the Executive Committee. This Court will monitor the effectiveness of the Committee work, and make appropriate adjustments if needed during the course of this litigation.

This Court now requests Lead Counsel for Plaintiffs meet and confer with counsel for Defendant. Counsel shall jointly submit to this Court a proposed Initial Case Management Schedule for this Court's review and approval that will guide this case over the next several months. The Schedule shall include a Zoom Status Conference with this Court at an appropriate time.

IT IS SO ORDERED.

        s/ *Jack Zouhary*
        JACK ZOUHARY
        U. S. DISTRICT JUDGE

        January 3, 2024