IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: HCA HEALTHCARE INC., DATA SECURITY LITIGATION | Case No. 3:23-cv-00684 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff A.B., by and through undersigned counsel of record, hereby voluntarily dismisses A.B.'s claims in the action entitled *B.W., J.W. and A.B., individually and on behalf of all others similarly situated v. HCA Healthcare, Inc.*, No. 3:23-cv-00748, without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). This voluntary dismissal does not alter or affect the pendency of the actions of any other Plaintiff to this litigation. Defendant has not yet served an answer or a motion for summary judgment.

Dated this 18th day of January 2024.

Approved.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

*/s/ Lori G. Feldman*
Lori G. Feldman (admitted *pro hac vice*)
Michael Liskow
**GEORGE FELDMAN MCDONALD, PLLC**
745 Fifth Avenue, Suite 500 New York, NY 10151 Telephone: (917) 983-9321
Fax: (888) 421-4173
Email: lfeldman@4-Justice.com
mliskow@4-Justice.com
eservice@4-Justice.com

**ATTORNEYS FOR PLAINTIFFS**