# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: HCA HEALTHCARE, INC. DATA SECURITY LITIGATION | ) ) ) | No. 3:23-cv-00684 |

## NOTICE OF VOLUNTARY DISMISSAL OF COUNT XV

Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss Count XV of their Consolidated Class Action Complaint, which was brought under the Texas Deceptive Trade Practices–Consumer Protection Act, Texas Bus. & Com. Code §§ 17.41 *et seq.*, such that Count XV is dismissed without prejudice as to (a) Plaintiffs individually, and (b) all unnamed members of the proposed class.

Dated: April 10, 2024

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
E: gstranch@stranchlaw.com

Jean S. Martin (admitted *pro hac vice*)
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 559-4908
E: jeanmartin@forthepeople.com

*Co-Lead Counsel for Plaintiffs*

Jillian Dent (admitted *pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112

Tel: (816) 714-7100
E: dent@stuevesiegel.com

Gary Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
E: gklinger@milberg.com

Jeff Ostrow (admitted *pro hac vice*)
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Law Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
E: ostrow@kolawyers.com

James Pizzirusso (admitted *pro hac vice*)
**HAUSFELD LLP**
888 16th Street N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
E: jpizzirusso@hausfeld.com

Sabita J. Soneji (admitted *pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 254-6808
E: ssoneji@tzlegal.com

*Plaintiffs' Executive Committee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email via the CM/ECF system on all counsel of record on this 10th day of April, 2024.

                                                    */s/ J. Gerard Stranch, IV*
                                                    J. Gerard Stranch, IV