UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: HCA HEALTHCARE, INC. DATA SECURITY LITIGATION | Case No. 3:23-cv-00684<br><br>Judge Jack Zouhary |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs, Gregory Crossman, Arthur Dekenipp, Mary Elena Del Vecchio, Carina Gutierrez, Kelsey Hinds, J.B. (a minor, through his guardian/mother, J.N.), Deborah Jordan, Gregory Marcisz, Paula Menard, Gary Silvers, Linda Simon, Michael Tighe, Colleen Walters, Jared Terrell Watkins, and Justin Taylor Womack ("Plaintiffs"), individually and on behalf of all others similarly situated ("Class Members"), respectfully request that the Court grant preliminary approval of the proposed Class Action Settlement Agreement.

Specifically, Plaintiffs request an order (1) conditionally certifying the proposed Class for the purpose of Settlement; (2) conditionally appointing Plaintiffs as Class Representatives; (3) affirming its appointment of J. Gerard Stranch, IV of Stranch, Jennings & Garvey, PLLC and Jean Martin of Morgan & Morgan Complex Litigation Group as Lead Class Counsel, as well as Jillian Dent of Stueve Siegel Hanson LLP, Sabita Soneji of Tycko & Zavareei LLP, Gary Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC, Jeffrey Ostrow of Kopelowitz Ostrow Ferguson Weiselberg Gilbert P.A., and James Pizzirusso of Hausfeld LLP as Members of Plaintiffs' Executive Committee; (4) approving the form and substance of the notice program; (5) preliminarily approving the Settlement as within range of possible final approval; and (6) appointing the settlement administrator and ordering it to conduct the notice program.

In support, Plaintiffs include the contemporaneously filed memorandum in support, along with the proposed Settlement Agreement and its various notice and claims exhibits, which are attached hereto as Exhibit 1. Moreover, Plaintiff submits the Declaration of Lead Counsel, attached hereto as Exhibit 2, and the Declaration of Kroll Settlement Administration, attached hereto as Exhibit 3.

Dated: May 5, 2025

Respectfully submitted by,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com

Jean S. Martin
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 559-4908
jeanmartin@forthepeople.com

***Co-Lead Counsel for Plaintiffs and the Putative Class***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed on May 5, 2025, using the Court's Electronic Filing System, which will send a Notice of Electronic Filing to counsel in the CM/ECF system. All counsel of record will also be notified via e-mail.

                    */s/ J. Gerard Stranch, IV*
                    J. Gerard Stranch, IV (BPR 23045)