# EXHIBIT 3

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: HCA HEALTHCARE, INC. DATA SECURITY LITIGATION | Case No. 3:23-cv-00684 <br><br> **DECLARATION OF FRANK BALLARD OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH PRELIMINARY APPROVAL OF SETTLEMENT** |

I, Frank Ballard, hereby declare:

1. I am a Director of Kroll Settlement Administration LLC ("Kroll"),[1] the proposed Settlement Administrator to be appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in connection with preliminary approval of the Settlement.

2. Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, privacy, securities, labor and employment, consumer and government enforcement matters. Kroll has provided class action services in over 3,000 settlements varying in size and complexity over the past 50 years.

3. Kroll is prepared to provide a full complement of notification and claims administration services in connection with that certain Settlement Agreement and Release (the "Settlement Agreement") entered into this Action, including dissemination of the Notice by email,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

publication (if necessary, as discussed further below) and through the use of a Settlement Website to be created in connection with this matter.

4. It is Kroll's understanding that it will be provided with a list of Settlement Class Members pursuant to the Settlement Agreement, which will contain a combination of names and last known email addresses. For any Settlement Class Member who has not provided Defendant with an email address, Defendant shall instead provide Kroll with the names and last known telephone number, and other data elements pertinent to the administration of the Settlement, which Kroll will use to perform a reverse lookup to identify email addresses. If a valid email address is still unknown, Kroll will work with Defendant to determine usable contact information for the Settlement Class Member. If the successful reach rate of Settlement Class Members through direct Notice falls below 90%, Kroll will implement a Publication Notice plan to be agreed upon by counsel for the Parties. Defendant shall also cooperate with Kroll to assist in verifying the identity of putative Settlement Class Members to whom emailed notice is not sent, but who respond to either Publication Notice and/or the Settlement Website.

### CAFA Notice

5. On behalf of the Defendant, Kroll will provide notice of the proposed Settlement pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715(b) (the "CAFA Notice"). At Defendant's counsel's direction, Kroll will send the CAFA Notice, which identifies how to access required documents relating to the Settlement, via first-class certified mail to (a) the Attorney General of the United States and (b) the applicable state Attorneys General. The CAFA Notice will direct the recipients to the website www.CAFANotice.com, a site that will contain all the documents relating to the Settlement referenced in the CAFA Notice.

### Notice by Email

6. In preparation for disseminating Notice by email (the "Email Notice"), Kroll will work with Class Counsel and Defendant's Counsel (collectively, "Counsel") to finalize the language for the Email Notice. Once the Email Notice is approved, Kroll will create an Email Notice template in preparation for the email campaign. Kroll will prepare a file with all Settlement

Class Member email addresses and upload the file to an email campaign platform. Kroll will prepare email proofs for Counsel's review and final approval. The proofs/test emails for approval will include the body of the email and subject line. Once the proofs/test emails are approved, the email campaign will begin as directed in the Settlement Agreement.

7. Kroll will track and monitor emails that are rejected or "bounced back" as undeliverable. At the conclusion of the email campaign, Kroll will provide a report with the email delivery status of each record. The report will include the number of records that had a successful Email Notice delivery, and a count of the records where delivery failed. Kroll will also update its administration database with the appropriate status of the email campaign for each of the Settlement Class Member records.

8. If the Email Notice was delivered successfully, no further action will be taken with respect to the particular potential Settlement Class Member record.

9. If the successful reach of the Notice Plan falls below 90%, Kroll will implement a Publication Notice to be agreed upon by Counsel.

## Settlement Website

10. Kroll will work with Counsel to create a dedicated Settlement Website. The Settlement Website URL will be determined and approved by Counsel. The Settlement Website will contain a summary of the Settlement, will allow Settlement Class Members to contact the Settlement Administrator with any questions or changes of address, provide notice of important dates such as the Final Approval Hearing, Claims Deadline, and deadlines to object or opt-out, and will provide Settlement Class Members who file Claim Forms online the opportunity to select an electronic payment method, including Venmo, Zelle, Paypal, ACH, or payment by check. The Settlement Website will also contain relevant documents, including the operative Complaint, Settlement Agreement, long-form Notice, Claim Form, Preliminary Approval Order, and when available, Plaintiffs' Motion for Attorneys' Fees, Expenses, the Service Award, and Plaintiffs' Motion for Final Approval of the Settlement, and any other materials agreed upon by Counsel for

the Parties and/or required by the Court. The Settlement Website will contain translations in Spanish as directed by Counsel.

**Toll-Free Telephone Number**

11. Kroll will also establish a toll-free telephone number for the Settlement. The toll-free telephone number will allow Settlement Class Members to call and obtain information about the Settlement through an Interactive Voice Response system and a live operator option. Settlement Class Members may also request copies of the long-form Notice and Claim Form, as well as the Settlement Agreement.

**Post Office Box**

12. Kroll will designate a post office box with the mailing address *In re HCA Healthcare, Inc., Data Security Litigation*, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391, in order to receive requests for exclusion, Claim Forms, and correspondence from Settlement Class Members.

**Administrative Expenses**

13. Based on Kroll's current understanding of the Settlement Class size and requested Settlement administration services, estimated Administrative Expenses are approximately $171,000 for fees, costs and other expenses incurred for Settlement administration pursuant to the Settlement Agreement. The current estimate is subject to change depending on factors such as the addition of Publication Notice, the actual Settlement Class size, changes to U.S. postage rates, and/or any Settlement administration scope change not currently under consideration.

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on May 5, 2025, in Washington, District of Columbia.

FRANK BALLARD