IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: HCA HEALTHCARE, INC. DATA SECURITY LITIGATION | Case No. 3:23-cv-00684<br><br>Judge Jack Zouhary |

**ORDER GRANTING LEAVE TO FILE <u>EXHIBIT F</u> OF THE PARTIES' SETTLEMENT AGREEMENT AND RELEASE UNDER SEAL**

Before the Court is Plaintiffs' Unopposed Motion to file Exhibit F to the Settlement Agreement under seal. Given that both Parties agree that Exhibit F should be sealed, and because that Exhibit appears to contain confidential information that should not become public knowledge, the Court grants the motion.

**IT IS SO ORDERED.**

DATED: May 7, 2025

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

1