July 1, 2025

Clerk of the Court
Fred D. Thompson U.S. Courthouse
719 Church Street
Nashville, Tennessee 37203

RECEIVED
JUL 09 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Re: Objection to Class Action Settlement in HCA Healthcare, Inc. Data Security Litigation
Case No. 3-23-CV-00684

To the Honorable Court:

I am a member of the settlement class in the above-captioned matter. I respectfully submit this written objection to the proposed class action settlement.

While I appreciate the legal process involved, I find the proposed settlement does not adequately reflect the harm caused by the data breach. My primary concerns relate to:

1. The ethics of offering symbolic compensation for the compromise of private, sensitive information.

2. The optics of presenting the process as equitable while offering what amounts to little more than token relief for a breach that could have lifelong effects.

This discrepancy between what is suggested to class member (via payment methods options, email notices, etc.) and what will realistically be received often after a lengthy delay,

The discrepancy between what is suggested to class member (via payment method options, email notices, etc.) and what will realistically be received often after a lengthy delay, with no clear sense of accountability or restorative action.

I urge your Administration to consider whether this resolution serves justice, or merely expedience. Affected individuals deserve not only formal acknowledgement, but meaniful redress.

Thank you for your time and consideration.

Respectfully

Aretha Bennett

Unique ID: 832161HMMXJ112I
Name: Aretha Bennett

Aretha Bennett
1309 B North J Street
Pensacola, FL 32501

RECEIVED
JUL 09 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Retail

37203
RDC 99

U.S. POSTAGE PAID
FCM LETTER
PENSACOLA, FL 32501
JUL 02, 2025
$0.73
S2324Y500443-04



Clerk of the Court
Fred D. Thompson, U.S. Courthouse / Federal Bldg.
719 Church Street
Nashville, Tennessee 37203