
# Email Notice of Proposed Class Action Settlement

message

Kroll Settlement Administration LLC <HCAHealthcareSettlement@e.emailksa.com>  Mon, Jun 23, 2025 at 4:48 PM
To: rlbodor@gmail.com

**RECEIVED**
**JUL 16 2025**
US DISTRICT COURT
MID DIST TENN

**Unique ID: 83216CVD8DHX8**

To all current HCA patients residing in the United States whose personal information was compromised in the Data Incident that HCA announced on or about July 10, 2023, you are eligible to receive a Settlement Benefit from a class action Settlement

*In re: HCA Healthcare, Inc. Data Security Litigation*
Case No. 3:23-cv-00684

**Why am I receiving this Email Notice?** You are receiving this Email Notice because the records of HCA Healthcare, Inc. (hereafter "HCA") on or about July 10, 2023, HCA announced that it discovered it had been the target of a criminal cyberattack in which the attackers accessed and stole information from an external storage location used to automate the formatting of email messages, or Data Incident. As a result of the Data Incident, twenty-seven (27) putative class action lawsuits were filed against HCA, alleging that HCA had inadequate data security practices and failed to properly safeguard affected patients' information. You are therefore likely a Settlement Class Member eligible to receive Settlement Benefits under this Settlement.

**Who is a Settlement Class Member?** You are affected by the Settlement and potentially a Settlement Class Member if you are a current HCA patient residing in the United States whose personal information was compromised in the Data Incident that HCA announced on or about July 10, 2023.

**What does the Settlement provide?** The Settlement provides the following Settlement Benefits available to Settlement Class Members who submit Approved Claims with reasonable documentation: (a) Credit Monitoring and Insurance Services; and (b) Documented Loss payment of up to $5,000. Please visit here for a full description of the Settlement Benefits and documentation requirements.

**How do I submit a Claim Form for benefits?** You must submit a Claim Form, available at here to be eligible to receive a Settlement Benefit. Your completed Claim Form must be submitted online or mailed to the Settlement Administrator at *In re HCA Healthcare, Inc., Data Security Litigation*, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391 and **postmarked, by September 25, 2025.** You will need the Class Member ID located at the top of this email to submit a claim. Please refer to the Long Form Notice on the Settlement Website for a description of the type of reasonable documentation you must provide to support a claim for a cash payment for documented losses.

**TO RECEIVE AN ELECTRONIC OR ACH PAYMENT FOR YOUR APPROVED CLAIM, YOU MUST FILE A CLAIM FORM ONLINE AT WWW.HCAHEALTHCARESETTLEMENT.COM**

**What are my other options?** If you **Do Nothing,** you will be legally bound by the terms of the settlement, and you will release your claims against HCA as defined in the Settlement Agreement. You may **Opt-Out** of or file an **Objection** to the Settlement by **August 25, 2025.** Please visit www.HCAhealthcaresettlement.com for more information on how to submit an opt-out request and exclude yourself from or object to the Settlement.

**Do I have a lawyer in this case?** Yes, the Court appointed Jean Martin of Morgan & Morgan Complex Litigation Group and J. Gerard Stranch, IV of Stranch, Jennings & Garvey, PLLC to represent you and other Settlement Class Members. You will not be charged directly for these lawyers. Their fees and costs will be paid separately by the Defendant. If you want to be represented by your own lawyer, you may hire one at your own

**The Court's Final Approval Hearing.** The Court is scheduled to hold a Final Approval Hearing on **October 27, 2025 at 9:30AM CT**, to consider whether to approve the Settlement, the attorneys' fees, costs, for an amount that does not exceed $3,100,000 and Service Awards payments of $5,000 to each Settlement Class Representative, that Defendant will pay. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to.

This Email Notice is only a summary. For more information or to change your address, visit www.HCAhealthcaresettlement.com or call toll-free **(833) 420-3945.**

**PLEASE DO NOT CONTACT THE COURT, CLERK OF THE COURT OR CLASS COUNSEL FOR INFORMATION ABOUT THE CLASS ACTION SETTLEMENT**

Please monitor https://www.HCAhealthcaresettlement.com/ for updates or call **(833) 420-3945**.

This email was sent to you because you are a Settlement Class Member.| Unsubscribe

Please do not reply to this email, it is sent from an unmonitored mailbox.

Bodor
3612 Shadycrest Dr.
Pearland, TX 77581

RECEIVED
JUL 16 2025
US DISTRICT COURT
MID DIST TENN

HOUSTON TX RPDC 773
12 JUL 2025 PM 4 L

Clerk of the Court
US District Court
Middle District of Tennessee
719 Church St.
Nashville, TN 37203

forever usa
Endangered