# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: HCA HEALTHCARE, INC. DATA SECURITY LITIGATION | Case No. 3:23-cv-00684 <br><br> Hon. Jack Zouhary |

## PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

Plaintiffs, Gregory Crossman, Arthur Dekenipp, Mary Elena Del Vecchio, Carina Gutierrez, Kelsey Hinds, J.B. (a minor, through his guardian/mother, J.N.), Deborah Jordan, Gregory Marcisz, Paula Menard, Gary Silvers, Linda Simon, Michael Tighe, Colleen Walters, Jared Terrell Watkins, and Justin Taylor Womack ("Plaintiffs"), individually and on behalf of all others similarly situated ("Class Members"), respectfully request that the Court grant Plaintiffs' request for attorneys' fees, expenses, and their Service Awards. Plaintiffs' request $3,100,000 in attorneys' fees and expenses, which represents a 1.64 lodestar multiplier. Moreover, Plaintiffs' request $5,000 Service Awards for each Class Representative. Defendant has reviewed this motion and does not oppose the relief requested herein.

In support, Plaintiffs include the contemporaneously filed memorandum of points and authorities as well as the Declaration of J. Gerard Stranch, IV, attached hereto as Exhibit A.

Dated: August 11, 2025.                Respectfully Submitted,

/s/ *J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com

1

Jean S. Martin
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 559-4908
jeanmartin@forthepeople.com

*Co-Lead Counsel for Plaintiffs and the Settlement Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Unopposed Motion for Attorneys' Fees, Expenses and Service Awards was electronically filed on this 11th day of August, 2025 via the Court's ECM/ECF filing system, which will electronically serve all counsel of record.

/s/ J. Gerard Stranch, IV
J, Gerard Stranch, IV (BPR 23045)