# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: HCA HEALTHCARE, INC. DATA SECURITY LITIGATION | Case No. 3:23-cv-00684 <br><br> Hon. Jack Zouhary |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL

Pursuant to Rule 23(e), Plaintiffs, Gregory Crossman, Arthur Dekenipp, Mary Elena Del Vecchio, Carina Gutierrez, Kelsey Hinds, J.B. (a minor, through his guardian/mother, J.N.), Deborah Jordan, Gregory Marcisz, Paula Menard, Gary Silvers, Linda Simon, Michael Tighe, Colleen Walters, Jared Terrell Watkins, and Justin Taylor Womack ("Plaintiffs"), individually and on behalf of all others similarly situated ("Class Members"), move the Court for an order granting their motion for final approval, affirming its conditional certification of the class for the purpose of settlement only, holding that the notice program satisfied due process, and affirming its appoint of class counsel and class representatives. In support, Plaintiffs rely on (1) their contemporaneously filed memorandum of points and authorities; (2) the Declaration of Tara Trapani of Kroll Settlement Administration, attached hereto as Exhibit A; and (3) the Declaration of J. Gerard Stranch, IV, attached hereto as Exhibit B.

Dated: October 13, 2025  Respectfully submitted by,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com

1

Jean S. Martin
**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 559-4908
jeanmartin@forthepeople.com

*Co-Lead Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed on October 13, 2025, using the Court's Electronic Filing System, which will send a Notice of Electronic Filing to counsel in the CM/ECF system. All counsel of record will also be notified via e-mail.

*J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)