IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Case No. 3:23 CV 684

IN RE: HCA HEALTHCARE, INC.
DATA SECURITY LITIGATION

ORDER GRANTING
PLAINTIFFS' UNOPPOSED
MOTION FOR ATTORNEYS' FEES,
EXPENSES, AND SERVICE AWARDS

JUDGE JACK ZOUHARY

Plaintiffs (Gregory Crossman, Arthur Dekenipp, Mary Elena Del Vecchio, Carina Gutierrez, Kelsey Hinds, J.B. (a minor, through his guardian/mother, J.N.), Deborah Jordan, Gregory Marcisz, Paula Menard, Gary Silvers, Linda Simon, Michael Tighe, Colleen Walters, Jared Terrell Watkins, and Justin Taylor Womack) ("Plaintiffs") move for fees, expenses, and Class Representatives Service Awards (Doc. 184). This Court has reviewed the Motion and Supporting Memorandum, and being otherwise fully informed, grants Plaintiffs' attorneys' fees and expenses totaling $3,100,000. This amount requested represents no more than 8.75% of the benefits made available to the Class through the Settlement.

Moreover, a lodestar cross-check confirms the reasonableness of Plaintiffs' request, as the lodestar multiple is only 1.64 (or less), which is well within range of typical multipliers in data breach class actions and class actions in the Sixth Circuit generally.

Additionally, the fee request is reasonable considering the significant technical challenges in litigating cybersecurity cases, the expense and challenge of working with technical experts, the risk of taking such expensive cases on contingency, and considering the benefits made available to the Class, including reimbursement for out-of-pocket expenses and

credit monitoring services.

Class Representatives' request for $5,000 Service Awards is likewise granted. The amount requested is within a range typical of such awards.

IT IS SO ORDERED.

                                                s/ *Jack Zouhary*
                                                JACK ZOUHARY
                                                U. S. DISTRICT JUDGE

                                                October 29, 2025

2

Case 3:23-cv-00684   Document 192   Filed 10/29/25   Page 2 of 2 PageID #: 2280